Patrick Morgan Ford
California State Bar Number 114398
Law Office of Patrick Morgan Ford
1901 1st Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-236-0679
ljlegal@sbcglobal.net

Attorney for Petitioner: TOM SUNGWON SHIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SUNGWON SHIN,<br><br>    Petitioner,<br><br> v.<br><br>RALPH DIAZ, Secretary of the California Department of Corrections and Rehabilitation (CDCR)<br><br>    Respondent. | Case No.: 8:19-CV-2309<br><br>**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. 2254** |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

  PLEASE TAKE NOTICE that Petitioner Tom Sungwon Shin, by and through his counsel of record, hereby submits the following Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254. For the reasons discussed below, Mr. Shin's incarceration is in violation of the Constitution and the laws of the United States. Mr. Shin respectfully requests that this court grant a writ of habeas corpus or, alternatively, issue an order to show cause why a writ should not be granted.

This petition is based upon the attached memorandum of points and authorities, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at any hearing regarding this petition.

Dated: November 29, 2019          Respectfully submitted,


<u>s/Patrick Morgan Ford</u>
Patrick Morgan Ford
Attorney for Petitioner,
TOM SUNGWON SHIN