JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TOM SUNGWON SHIN,** | ) | **NO. SACV 19-2309-JAK (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **RALPH DIAZ,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.


DATED:  May 22, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE